RE: TR. CT. NO. 9024242 60,852-08

**GROUND TWO:**

Date: 07/01/2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 07 2015

Abel Acosta, Clerk

**FACTS SUPPORTING GROUND TWO:**

TDCJ-CID Has since 2003 interferred with my direct appeal.

My conviction was wrongly affirmed on direct appeal.

I will file WR-60,852-09 on 07/08/2015 with the Travis County Clerk.

Submitted By = Charles Bunton #1143771
—wrongfully imprisoned since 2002.

8

Rev. 01/14/14